1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| 9 SONNY RAY HARDAWAY, | CASE NO. 1:06-cv-01406-LJO-NEW (DLB) PC |
| 10                Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING |
| 11       v. | ACTION, WITH PREJUDICE, FOR FAILURE TO OBEY A COURT ORDER AND FAILURE |
| 12 N. OLSEN, et al., | TO STATE A CLAIM |
| 13                Defendants. | (Doc. 20) |
| 14 | ORDER THAT THIS DISMISSAL SHALL COUNT AS A STRIKE PURSUANT TO 28 |
| 15 | U.S.C. § 1915(G) |
| 16 _____/ | |

17        Plaintiff Sonny Ray Hardaway ("plaintiff") is a state prisoner proceeding pro se and in forma

18 pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United

19 States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

20        On June 1, 2007, the Magistrate Judge filed a Findings and Recommendations herein which

21 was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and

22 Recommendations was to be filed within thirty days. Plaintiff filed an Objection to the Findings and

23 Recommendations on June 22, 2007.

24        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this

25 Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

26 Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

27 Plaintiff's five page Objection is devoid of any grounds justifying his failure to obey the Court's

28 order.  Plaintiff's disagreement with the Magistrate Judge's finding that his complaint does not state

1

1    a claim is not good cause for failure to obey a court order, and there are no grounds stated that would

2    support the issuance of an order setting aside the Findings and Recommendations.

3             Accordingly, IT IS HEREBY ORDERED that:

4        1.       The Findings and Recommendations, filed June 1, 2007, is adopted in full;

5        2.       This action is DISMISSED, with prejudice, for plaintiff's failure to obey the Court's

6                 order of March 28, 2007, and for failure to state a claim; and

7        3.       This dismissal shall count as a strike pursuant to 28 U.S.C. § 1915(g).

8

9    IT IS SO ORDERED.

10   **Dated:    June 26, 2007**                          **/s/ Lawrence J. O'Neill**
                                                       UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28