# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY RAY HARDAWAY,<br><br>           Plaintiff,<br><br>   v.<br><br>N. OLSEN, et al.,<br><br>           Defendants.<br>_____ / | CASE NO. 1:06-cv-01406-LJO-NEW (DLB) PC<br><br>APPEAL NO. 07-16276<br><br>**NOTICE AND ORDER FINDING THAT PLAINTIFF IS NOT ENTITLED TO PROCEED IN FORMA PAUPERIS ON THE APPEAL FILED JULY 9, 2007**<br><br>**ORDER DIRECTING CLERK'S OFFICE TO SERVE COPY OF ORDER ON NINTH CIRCUIT** |

      Plaintiff Sonny Ray Hardaway ("Plaintiff") is a state prisoner who was proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 26, 2007, the Court dismissed this action, with prejudice, for failure to obey a court order and failure to state a claim upon which relief may be granted. (Doc. 21.) Plaintiff filed a notice of appeal on July 9, 2007. (Doc. 23.)

      Pursuant to the Federal Rules of Appellate Procedure,

> A party who was permitted to proceed in forma pauperis in the district-court action . . . may proceed on appeal in forma pauperis without further authorization, unless:
> (A) the district court - before or after the notice of appeal is filed - certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis and states in writing its reasons for the certification or finding;
> or
> (B) a statute provides otherwise.

Fed. R. App. P. 24(a)(3).

///

1

> The district clerk must immediately notify the parties and the court of appeals when the district court does any of the following:
> (A) denies a motion to proceed on appeal in forma pauperis;
> (B) certifies that the appeal is not taken in good faith; or
> (C) finds that the party is not otherwise entitled to proceed in forma pauperis.

Fed. R. App. P. 24(a)(4).

Because Plaintiff was proceeding in forma pauperis in this action in the district court, Plaintiff is entitled to proceed in forma pauperis on appeal unless the Court makes a finding to the contrary. For the reason that follows, the Court finds that Plaintiff is not entitled to proceed in forma pauperis on his appeal filed July 9, 2007.

28 U.S.C. § 1915 governs proceedings in forma pauperis. Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." Plaintiff became subject to section 1915(g) on August 9, 2006, when his third action was dismissed for failure to state a claim upon which relief may be granted.[1] Because Plaintiff is subject to section 1915(g) and has made no showing that he is "under imminent threat of serious physical injury," id., plaintiff's is not entitled to proceed eave to proceed in forma pauperis on appeal, Fed. R. App. P. 24(a)(4)(C).

Based on the foregoing, it is HEREBY ORDERED that:

1. Pursuant to 28 U.S.C. § 1915(g), Plaintiff is not entitled to proceed in forma pauperis on the appeal filed on July 9, 2007;

///

///

---

[1] The Court takes judicial notice of the following cases: 2:01-cv-00458-FCD-DAD PC <u>Hardaway v. Money</u> (E.D. Cal.) (dismissed 07/12/06 for failure to state a claim); 2:01-cv-00958-GEB-DAD PC <u>Hardaway v. Wright</u> (E.D. Cal.) (dismissed 07/22/06 for failure to state a claim); 2:01-cv-00695-MCE-PAN PC <u>Hardaway v. State of California</u> (E.D. Cal.) (dismissed 08/09/06 for failure to state a claim); 5:06-cv-02983-JF <u>Hardaway v. Twelve Jurors</u> (N.D. Cal.) (dismissed 08/31/06 for failure to state a claim); 5:06-cv-03637-JF <u>Hardaway v. Barni, et al.</u> (N.D. Cal.) (dismissed 12/11/06 for failure to state a claim); 5:06-cv-06786-JF <u>Hardaway v. Specter</u> (N.D. Cal.) (dismissed 12/11/06 for failure to state a claim); and 5:06-cv-06578-JF <u>Hardaway v. Lambden, et al.</u> (N.D. Cal.) (dismissed 01/12/07 for failure to state a claim).

1    2.   Pursuant to Federal Rule of Appellate Procedure 24(a)(4)(C), this order serves as
2         notice to Plaintiff and the United States Court of Appeals for the Ninth Circuit of the
3         finding that Plaintiff is not entitled to proceed in forma pauperis for this appeal; and
4    3.   The Clerk of the Court shall serve a copy of this order on Plaintiff and the United
5         States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

**Dated:     July 25, 2007**                               /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE